NUMBER
13-05-599-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

____________________________________________________________________

 

                    IN THE MATTER OF B.S.G., A CHILD

____________________________________________________________________

 

                      On
appeal from the Juvenile Court

                        of
San Patricio County, Texas.

____________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                 Before
Justices Hinojosa, Yañez, and Garza

Memorandum Opinion Per Curiam

 

Appellant, B.S.G., A CHILD, perfected an appeal from a
judgment entered by the Juvenile Court of San
Patricio County, Texas, in cause number S-05-0555-JV.  After the record was filed, appellant filed a
motion to dismiss the appeal.  Appellant
requests that this Court dismiss the appeal.








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 12th
day of January, 2006.